IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PEDRO L. PERERA,                )
                                )
         Plaintiff,             )    Civil No. 04-1668-ST
                                )
    v.                          )    O R D E R
                                )
BLUE RIBBON INSTALLATIONS, INC.; ET AL., )
                                )
         Defendants.            )

Michael J. Slominski
Terrance J. Slominski
SLOMINSKI & ASSOCIATES
Commerce Plaza
7150 S.W. Hampton Street, Suite 201
Tigard, OR  97223

   Attorneys for Plaintiff

Douglas G. Pickett
Michael J. Farrell
MARTIN BISCHOFF TEMPLETON LANGSLET & HOFFMAN
888 S.W. Fifth Avenue, Suite 900
Portland, OR  97204

John K. Rossman
MOSS & BARNETT
90 South 7th Street, Suite 4800
Minneapolis, MN  55402-4129

Thane W. Tienson
LANDYE BENNETT BLUMSTEIN, LLP
1300 S.W. Fifth Avenue, Suite 3500
Portland, OR  97201

   Attorneys for Defendants

JONES, Judge:

Magistrate Judge Janice M. Stewart filed Findings and Recommendation (#63) on October 7, 2005, in the above entitled case.  The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).  When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the magistrate judge's report.  See 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Plaintiff  has timely filed objections.  I have, therefore, given de novo review of Magistrate Judge Stewart's rulings.

I find no error.  Accordingly, I ADOPT Magistrate Judge Stewart's Findings and Recommendation (#63) dated October 7, 2005, in its entirety.  Defendant Alegis's motion (#32)

for summary judgment and defendant Gann's motion (#40) for summary judgment are granted. In addition, this court *sua sponte* grants summary judgment to defendant Blue Ribbon and dismisses all claims.

    IT IS SO ORDERED.

    DATED this 21st day of November, 2005.

    /s/ Robert E. Jones
    ROBERT E. JONES
    United States District Judge