IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| PEDRO L. PERERA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 04-1668-ST |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| BLUE RIBBON INSTALLATIONS, INC., | ) | |
| a Washington corporation; ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

Michael J. Slominski
Terrance J. Slominski
SLOMINSKI & ASSOCIATES
Commerce Plaza
7150 S.W. Hampton Street, Suite 201
Tigard, OR 97223

  Attorneys for Plaintiff

Douglas G. Pickett
Michael J. Farrell
MARTIN BISCHOFF TEMPLETON LANGSLET & HOFFMAN
888 S.W. Fifth Avenue, Suite 900
Portland, OR 97204

John K. Rossman
MOSS & BARNETT
4800 Wells Fargo Center
90 South 7th Street
Minneapolis, MN  55402-4129

Thane W. Tienson
LANDYE BENNETT BLUMSTEIN, LLP
3500 Wells Fargo Center
1300 S.W. Fifth Avenue, Suite 3500
Portland, OR  97201

   Attorneys for Defendants

JONES, Judge:

Magistrate Judge Janice M. Stewart filed Findings and Recommendation on January 19, 2006, in the above-entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Stewart's Findings and Recommendation (#86) dated January 19, 2006, in its entirety. Defendant Alegis's motion (#72) for attorney fees is

denied, and its bill of costs (#76) and motion (#77) for bill of costs is granted in the sum of

$600.00.

      IT IS SO ORDERED.

      DATED this 15th day of February, 2006.

                                      /s/ Robert E. Jones
                                      ROBERT E. JONES
                                      United States District Judge